## AFFIDAVIT

STATE OF OKLAHOMA )
) ss:
COUNTY OF TULSA )

Charles Hood, being of lawful age and having been duly sworn upon her oath alleges and states as follows:

1. On or about December 8, 2008, I signed a Personal Guaranty which identified a Loan and Security Agreement to be made on December 8, 2008, for the initial purchase and funding of a $4.5 million policy to be issued by Phoenix Life Insurance. I signed the Personal Guaranty in Tulsa and mailed it to the agent in New York. I was thereafter furnished a copy of the life insurance policy issued by Phoenix but was later informed the policy was declined and returned by my insurance agent.

2. There was no Loan and Security Agreement made or executed on December 8, 2008.

3. On December 18, 2008, I expressed displeasure with the notion of a "never-ending" Personal Guaranty and expressed a desire to simply cancel any pending applications if matters could not be resolved expeditiously.

3. On or about January 22, 2009, a Loan and Security Agreement was executed for the initial purchase and funding of a $5 million policy to be issued by Lincoln Life Insurance. The Charles H. Hood Irrevocable Trust was identified as "Borrower", Life Share Financial, LLC, was identified as the "Lender" and Hood was identified as the "Insured". All parties signed the Agreement although the terms did not obligate me personally on the loan.

EXHIBIT 1

4.  I was never presented nor did I sign a Personal Guaranty with respect to the January 22, 2009 Loan and Security Agreement. I've since learned a copy of my signature from the December 8, 2008, Personal Guaranty was attached to a Personal Guaranty identifying the January 22, 2009 Loan and Security Agreement. I never authorized my signature be used in this respect.

5.  I did not have to pay premiums on the Lincoln policy until February of 2011. I thereafter paid a monthly premium of $10,000.00 but could not afford any additional premiums. The policy has now lapsed.

9.  Life Share Collateral Holdings and Madison One Associates have contacted me as holders of the Loan and Security Agreement as well as the 1/22/09 Personal Guaranty bearing my unauthorized signature. They claim I am liable under the Personal Guaranty for approximately $100,000.00.

_____
CHARLES H. HOOD

Subscribed and sworn to before me on this __13__ day of __July__, 2011, a notary public in and for Tulsa County, Oklahoma.

_____
Notary Public

My Commission Expires:

NORMA WOODRICH
Notary Public State of Oklahoma
(SEAL)
Commission # 09000695
My Commission Expires January 21, 2013